■ SHIRLEY REMENESKI, Respondent, v JOHN S. MCDONALD, Appellant. [655 NYS2d 475] —Judgment, Supreme Court, Bronx County (Bernard Burstein, J., and a jury), entered March 21, 1996, which awarded plaintiff the principal sum of $300,000, unanimously affirmed, with costs.

The damages awarded to plaintiff did not deviate from what is reasonable compensation under the circumstances (CPLR 5501 [c]). Plaintiff sustained a debilitating wrist fracture as well as a significant complex tear of the medial meniscus of

the knee, each causing progressive and permanent disability (*see, Kotopoulos v Nathan Hale Gardens*, 235 AD2d 276; *Rodriguez v City of New York*, 191 AD2d 420; *Gonzalez v Manhattan & Bronx Surface Tr. Operating Auth.*, 160 AD2d 420). Concur—Sullivan, J. P., Ellerin, Rubin and Mazzarelli, JJ.